UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:17-cr-00187 |
| | ) | CHIEF JUDGE CRENSHAW |
| TYRELL MARQUEZ FLENOY, | ) | |
| Defendant. | ) | |

## ORDER

The status conference currently set for November 15, 2017, at 11:30 a.m. is reset for 10:00 a.m. the same day.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE